NICOLE DE PARIS, INC., Plaintiff, Respondent, v. HARRY KALMAN, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the matter referred to an official referee to hear and report to the court at Special Term. No opinion. Settle order on notice. Present — Martin P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Petition of SYLVIA BINDER for an Order Dissolving the REDNIB REALTY CORP. SYLVIA BINDER, Appellant; REDNIB REALTY CORP. and MARTIN BINDER, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted to the extent of referring the matter to an official referee to take proof and report as to whether the third director was actually functioning as such or whether in fact there was a directorate consisting only of the petitioner and the respondent Martin Binder. Upon the coming in of the report, the motion is to be determined by the justice presiding at Special Term, Part I. No opinion. Settle order on notice. Present — Martin P. J. O'Malley, Townley, Untermyer and Dore, JJ. [172 Misc. 634.]

SAMUEL BARNETT, Suing on Behalf of Himself and of All Other Policyholders Similarly Situated, v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS MAINIERI, Alias LOUIS GRUBBE, Alias LOUIS CAPUTO.— Motion for reargument denied. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

GEORGE WHITE, JR., v. HILLMAN PERIODICALS, INC., and Others. WILLIAM B. HEWSON v. HILLMAN PERIODICALS, INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GEORGE WHITE, JR., v. HILLMAN PERIODICALS, INC., and Others. WILLIAM B. HEWSON v. HILLMAN PERIODICALS, INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MAX ROTHCHILD to Modify, and, as Modified, to Confirm the Award Made in the Arbitration Proceedings between MAX ROTHCHILD and GLUCKMAN & STRAUCH, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ETHEL H. TERRELL v. ALFRED TERRELL.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of HOLLYWOOD HAT CO., INC., to DAVID HIRSCH. HERMAN MINTZ and BESSIE MINTZ.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.